UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: FELIPE ANDA FLORES, LETTER ROGATORY ISSUED BY FOURTH FAMILY COURT OF AGUASCALIENTES, MEXICO | Case No. 2:16-cv-00575-JCM-CWH<br><br>**ORDER** |

Having been referred this matter on December 20, 2016, the Honorable Judge Carl W. Hoffman is in receipt of Petitioner United States of America's Application for Appointment of Commissioner. Upon review, the Court finds as follows:

Petitioner has shown that the statutory requirements set forth at 28 U.S.C. § 1782(a) have been met. Furthermore, the additional factors to be considered by the Court, *see Intel Corp v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004), weigh in favor of granting Petitioner's request.

IT IS THEREFORE ORDERED that Lindsy M. Roberts is appointed Commissioner in this matter and may undertake the actions necessary to effectuate the answering and execution of the Letter Rogatory issued by the Fourth Family Court of the State of Aguascalientes, Mexico, on January 27, 2014, in accordance with 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure.

DATED: December 21, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1