# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| In re: ANDA FLORES, LETTERS ROGATORY ISSUED BY FOURTH FAMILY COURT OF AGUASCALIENTES, MEXICO, | Case No. 2:16-CV-575 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *In re Felipe Anda Flores*, case no. 2:16-cv-00575-JCM-CWH.

On December 21, 2016, Magistrate Judge Hoffman ordered that Lindsy M. Roberts be appointed commissioner in this matter "and may undertake the actions necessary to effectuate the answering and execution of the Letter Rogatory issued by the Fourth Family Court of the State of Aguascalientes, Mexico, on January 27, 2014 . . ." (ECF No. 2).

However, since that date, no filings have been made in this case.

Accordingly,

IT IS HEREBY ORDERED THAT counsel shall file a status report within fourteen (14) days of the date of this order indicating the status of the instant action. Failure to file a timely joint status report may result in dismissal of this case.

DATED March 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**